the bond in which appears the alleged forged signature. An examination of these papers will disclose that there is a very marked similarity between these signatures; yet, notwithstanding this fact, the question of the genuineness of the signature in question became a question of fact for the jury, and we are unable to say that the finding of the jury is unsupported by the evidence.

The judgment of the Municipal Court is affirmed.

*Affirmed.*

---

**Sidney L. Stein and Edward J. Ehrhardt, copartners, trading as Stein & Ehrhardt, Defendants in Error, v. Herman Emerman, trading as H. Emerman & Company, Plaintiff in Error.**

**Gen. No. 22,583.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1916. Reversed and judgment of *nil capiat*. Opinion filed February 5, 1917.

### Statement of the Case.

Action by Sidney L. Stein and Edward J. Ehrhardt, copartners, trading as Stein & Ehrhardt, plaintiffs, against Herman Emerman, trading as H. Emerman & Company, defendant, to recover on a contract between real estate brokers to pay plaintiffs four hundred dollars as their part of a commission in making a loan. From a judgment for plaintiffs for four hundred dollars, defendant brings error.

WILLIAM FRIEDMAN, for plaintiff in error.

ISADORE S. BLUMENTHAL, for defendants in error.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

CONTRACTS, § 294*—*when performance is condition precedent to maintenance of action for breach.* Under a contract between real estate brokers whereby defendant agreed to pay plaintiffs a part of a commission in making a second mortgage loan and providing that the amount specified should be paid plaintiffs when the money on the mortgage was paid, *held* that the right of the plaintiffs was dependent on the making of the loan as a condition precedent, and that they could not recover under such contract without first showing that the loan was in fact made.

--------

**Thompson Brothers Feed Company, Appellee, v. Neiman Brothers Company, Appellant.**

### Gen. No. 22,596.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 5, 1917. Rehearing denied February 16, 1917.

### Statement of the Case.

Action by Thompson Brothers Feed Company, a corporation, plaintiff, against Neiman Brothers Company, a corporation, defendant, to recover $828.39 on account stated for balance due on merchandise sold. From a judgment for plaintiff, defendant appeals.

T. O. Thompson, an officer of the plaintiff, testified that he had had conversations with the defendant's

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.